# Commonwealth ex rel. Lotz v. Lotz, Appellant.

Argued April 23, 1959. Before Jones, C. J., Bell, Musmanno, Jones, Cohen, Bok and McBride, JJ.

*Tom P. Monteverde,* with him *Elwyn Jones, Josephine H. Klein,* and *Schnader, Harrison, Segal & Lewis,* for appellant.

*Cletus C. Kilker,* for appellee.

OPINION PER CURIAM, July 2, 1959:
The order of the Superior Court is affirmed.